## Schedule A

| Def. No. | Platform | Defendant Seller | Store URL |
|---|---|---|---|
| 1 | Amazon | ARCFONY | https://www.amazon.com/sp?ie=UTF8&seller=ATO1B4QB8V7HB |
| 2 | Amazon | Hynade USA | https://www.amazon.com/sp?ie=UTF8&seller=AJSNQ0W2EEGGO |
| 3 | Amazon | Jinyu NIU | https://www.amazon.com/sp?ie=UTF8&seller=A2IXZHIYPISWIJ |
| 4 | Amazon | Luckyweld | https://www.amazon.com/sp?ie=UTF8&seller=A4Z2K11I6ZBHU |
| 5 | Amazon | Vilstomes | https://www.amazon.com/sp?ie=UTF8&seller=A3JJUPNOBT7GYA |
| 6 | Amazon | Addlon Lighting | https://www.amazon.com/sp?ie=UTF8&seller=AT8CYCW02ZHL2 |
| 7 | Amazon | Ander Wan | https://www.amazon.com/sp?ie=UTF8&seller=A36436WAF4PW4 |
| 8 | Amazon | auto-hill | https://www.amazon.com/sp?ie=UTF8&seller=A9GL40F3B318 |
| 9 | Amazon | Basvacsh-US | https://www.amazon.com/sp?ie=UTF8&seller=A187YU27UONV49 |
| 10 | Amazon | Ceeye | https://www.amazon.com/sp?ie=UTF8&seller=A1RZDP7ZXPFD92 |
| 11 | Amazon | CircleCord | https://www.amazon.com/sp?ie=UTF8&seller=AIUXEXKAL2Z53 |
| 12 | Amazon | deAccessories | https://www.amazon.com/sp?ie=UTF8&seller=A1IAVJ61YE0EHR |
| 13 | Amazon | Filluck shop | https://www.amazon.com/sp?ie=UTF8&seller=A1V0VEFP5GLM8L |
| 14 | Amazon | FinderS | https://www.amazon.com/sp?ie=UTF8&seller=A2C5KLVWZVAXM8 |
| 15 | Amazon | FlameWeld Store | https://www.amazon.com/sp?ie=UTF8&seller=A3HAPBLSVQD1FE |
| 16 | Amazon | GTYORUS | https://www.amazon.com/sp?ie=UTF8&seller=A1X6PTYENMQ72A |
| 17 | Amazon | HANNE MEOW | https://www.amazon.com/sp?ie=UTF8&seller=A1J6K3QD2JAFZE |
| 18 | Amazon | Hefeng Direct | https://www.amazon.com/sp?ie=UTF8&seller=A3MA5VXDHDTRHB |
| 19 | Amazon | HZXVOGEN | https://www.amazon.com/sp?ie=UTF8&seller=A7ZP34QRPUSWE |
| 20 | Amazon | kendo8 | https://www.amazon.com/sp?ie=UTF8&seller=A1BSFBZ2EGOHGD |
| 21 | Amazon | LAZMUMI | https://www.amazon.com/sp?ie=UTF8&seller=A2TBLDJQ8TM2F0 |
| 22 | Amazon | Mrolife | https://www.amazon.com/sp?ie=UTF8&seller=A3R5STBL9U9HAE |
| 23 | Amazon | muendianzi | https://www.amazon.com/sp?ie=UTF8&seller=A53CIW20TZX65 |
| 24 | Amazon | ROSEINRUG | https://www.amazon.com/sp?ie=UTF8&seller=A1F4X6HRVHLIXZ |
| 25 | Amazon | SeacanDirect | https://www.amazon.com/sp?ie=UTF8&seller=A1H6UDAV4M0EW7 |
| 26 | Amazon | speedingd | https://www.amazon.com/sp?ie=UTF8&seller=A21I34Y0EAPRLC |
| 27 | Amazon | US-JUNYUN | https://www.amazon.com/sp?ie=UTF8&seller=AQ9GEWYYZCWY8 |
| 28 | Amazon | vvoodeinck | https://www.amazon.com/sp?ie=UTF8&seller=A39FBC7TXIG4C5 |
| 29 | Amazon | YCLTDD | https://www.amazon.com/sp?ie=UTF8&seller=AJGMXCBZIV1T0 |
| 30 | Amazon | Yilide | https://www.amazon.com/sp?ie=UTF8&seller=A2ORQV48AMQFWX |
| 31 | Amazon | YOCAGO | https://www.amazon.com/sp?ie=UTF8&seller=A1B5HZAY5JT7ZC |
| 32 | Amazon | YOMILINK USA | https://www.amazon.com/sp?ie=UTF8&seller=AW7YVYSCPLIW7 |
| 33 | Amazon | zhengledianzi | https://www.amazon.com/sp?ie=UTF8&seller=A2ASRK6MLOGO9D |
| 34 | Amazon | Hilinego | https://www.amazon.com/sp?ie=UTF8&seller=AM221YUTF6D3Y |
| 35 | Amazon | Joinfworld | https://www.amazon.com/sp?ie=UTF8&seller=A2SR0RN9LFDA0T |
| 36 | Amazon | FROSTYRIDER | https://www.amazon.com/sp?ie=UTF8&seller=A15DDDXWTG7ZXG |
| 37 | Amazon | Besfor | https://www.amazon.com/sp?ie=UTF8&seller=AKXN7JMTAHCNK |
| 38 | Amazon | YuanCkuyo | https://www.amazon.com/sp?ie=UTF8&seller=A2GEZDSO2NZ2FX |
| 39 | Amazon | Yanshaja | https://www.amazon.com/sp?ie=UTF8&seller=A1CDPYLHJGZ9LM |
| 40 | Amazon | Spacemen Store | https://www.amazon.com/sp?ie=UTF8&seller=A1RJ5IYIDBWCMW |
| 41 | Amazon | GUANZHOU AILAITE | https://www.amazon.com/sp?ie=UTF8&seller=A192Q4W3DF9O23 |
| 42 | Amazon | Jaap Autotek | https://www.amazon.com/sp?ie=UTF8&seller=A9526GR3CK091 |
| 43 | Amazon | Zham | https://www.amazon.com/sp?ie=UTF8&seller=A1CCFZNKZ7GH0E |
| 44 | Amazon | Subtipy | https://www.amazon.com/sp?ie=UTF8&seller=AAWDZ5UTR745Z |
| 45 | E-bay | around_photo_sound | https://www.ebay.com/str/aroundphotosound |
| 46 | E-bay | best-homepro | https://www.ebay.com/str/welcometobesthomepro |
| 47 | E-bay | spau-1512 | https://www.ebay.com/str/spau1512 |
| 48 | E-bay | haserali | https://www.ebay.com/str/haserali |
| 49 | E-bay | uassaday | https://www.ebay.com/str/uassaday |
| 50 | E-bay | scdegr_1 | https://www.ebay.com/str/scdegr1 |
| 51 | Temu | SmarketBuy | https://www.temu.com/smarketbuy-m-634418215636913.html |
| 52 | Temu | PetPals Shop | https://www.temu.com/petpals-shop-m-634418215759547.html |
| 53 | Walmart | TOOLIOM | https://www.walmart.com/seller/101095273 |