UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:24-cv-22237-RAR

**XYZ Corporation**,
Plaintiff,
v.
**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**
Defendants.
_____/

## MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE

Defendant, Ylide, ("Defendant"), by and through the counsel undersigned, hereby requests that the Court grant this Motion for Extension of Time to File a Response to the Complaint [DE 1] and states as follows:

1. The undersigned was not retained by Defendant on Aug. 19, 2024. *See* Notice of Appearance, DE 51.

2. The undersigned was retained by Defendant for the purpose of negotiation of settlement only and did not notice the deadline of the answer or response.

3. It is due to the inadvertent neglect of the undersigned.

4. Defendant requested additional ten (10) days from today until Oct. 5, 2024 to file a response to Complaint [DE 1].

**WHEREFORE**, Defendant, Ylide, by and through the counsel undersigned, hereby requests that the Court grant this Motion for Extension of Time to File a Response to the Complaint [DE 1] before Oct. 5, 2024.

Respectfully submitted on Sept. 25, 2024.

/s/ Jianyin Liu
Jianyin Liu, Esq.
FBN: 1007675
The Law Offices of James Liu, LLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com

### CERTIFICATE OF GOOD-FAITH CONFERRAL

I HEREBY CERTIFY that I sent an email to the opposing counsel to request such extension. Due to the emergency situation of a pending clerk's default, I file this Motion and will continue to confer with the opposing counsel and will update the court.

/s/ Jianyin Liu

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent to all parties via CM/ECF on Sept. 25, 2024.

/s/ Jianyin Liu