UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-22237-RAR

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.

_____/

## DEFAULT FINAL JUDGMENT AS TO CERTAIN DEFENDANTS

THIS CAUSE comes before the Court upon Plaintiff's Motion for Default Final Judgment as to Certain Defendants ("Motion"), [ECF No. 85]. The Motion was granted with respect to the Defaulting Defendants[1] by separate Order. [ECF No. 89]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court hereby enters this separate Default Final Judgment. Accordingly, it is

ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiff, ZH Brothers International Inc., and against Defaulting Defendants as follows:

A. Permanent Injunctive Relief

i. The Court enters a permanent injunction against Defaulting Defendants, consistent with the terms established in the Court's Order Granting Default Final Judgment, [ECF No. 89].

---

[1] "Defaulting Defendants" refers to the following parties: (1) Arcfony; (4) Luckyweld; (20) kendo8; (23) muendianzi; (27) US-Junyun; (43) Zham; (45) around_photo_sound; and (48) haserali. *See* [ECF No. 85-1].

ii. Each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defaulting Defendant having notice of this Order are hereby permanently restrained and enjoined from using Plaintiff's Patent, including in marketing, advertising, soliciting, or display, derivative or directly, which is not directly authorized by Plaintiff.

iii. Each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant and those with notice of this Permanent Injunction, including, without limitation, all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to Amazon, Temu, Ebay, and Walmart, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, and Internet search engines such as Google, Bing and Yahoo (collectively, the "Third Party Providers") and their related companies and affiliates on which this Court imposed restraints under the Preliminary Injunction shall:

 a. Immediately and permanently discontinue the use of the Plaintiff's Patent, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based ecommerce stores operating under the Seller IDs; and

 b. Apply any funds currently in Defaulting Defendants' financial accounts to satisfy the monetary judgments.

2

**B. Damages**

The Court awards damages in favor of the Plaintiff from each Defaulting Defendant pursuant to 35 U.S.C. § 289, in the sum provided for in the chart below (under Award column), for which sums let execution issue.

| Def. No. | Platform | Defendant Seller | Award |
|---|---|---|---|
| 1 | Amazon | ARCFONY | $ 536.81 |
| 4 | Amazon | Luckyweld | $ 4,640.49 |
| 20 | Amazon | kendo8 | $ 1,947.84 |
| 23 | Amazon | muendianzi | $ 6,206.12 |
| 27 | Amazon | US-JUNYUN | $ 10,671.08 |
| 43 | Amazon | Zham | $ 22,116.47 |
| 45 | E-bay | around_photo_sound | $ 1,300.59 |
| 48 | E-bay | haserali | $ 257.43 |

The Court retains jurisdiction to enforce this Default Final Judgment.

**DONE AND ORDERED** in Miami, Florida this 10th day of October, 2024.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record